UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Carol McAllister, Executrix of the Estate of Jesse L. McAllister, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>Britthaven, Inc., and<br>Hanging Rock LTC, LLC, d/b/a Essex Nursing and Rehabilitation Center,<br><br>    Defendants. | Civil Action No. 3:12-cv-110-H<br><br>**NOTICE OF REMOVAL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendants Britthaven, Inc. ("Britthaven"), and Hanging Rock LTC, LLC ("Hanging Rock"), pursuant to 28 USC §§ 1441 and 1446, hereby give notice of the removal of this action from the Circuit Court of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division. In support of the Notice of Removal, the Defendants state as follows:

**I.**

**NOTICE OF REMOVAL IS FILED TIMELY**

Plaintiff filed this suit in Jefferson Circuit Court, Division Four, Commonwealth of Kentucky, on February 7, 2012. Plaintiff filed suit against Britthaven and Hanging Rock, and is styled as follows: *Carol McAllister, Executrix of the Estate of Jesse L. McAllister, Deceased v. Britthaven, Inc., and Hanging Rock LTC, LLC d/b/a Essex Nursing and Rehabilitation Center*, Jefferson Circuit Court, Civil Action No. 12-CI-787. Both Britthaven and Hanging Rock first received the Summons and Complaint in this action on February 8, 2012. This Notice of Removal is therefore filed within the time period required by § 28 U.S.C. 1446(b).

1

## II.

## NATURE OF SUIT

In this wrongful death and negligence action, the Plaintiff contends that the Defendants breached duties of care with respect to Jesse L. McAllister, deceased, allegedly resulting in the accelerated deterioration of his health, various mental and physical injuries, and eventually his death.  Plaintiff seeks compensatory and punitive damages, as well as costs.  The Plaintiff also demands a jury trial.  Britthaven and Hanging Rock deny that they were negligent and further deny any liability to the Plaintiff.

## III.

## BASIS FOR REMOVAL

Subject matter jurisdiction is proper in this Court based on the diversity of citizenship provision of 28 U.S.C. § 1332(a), as the alleged amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the controversy is wholly between citizens of different states.  Consequently, the pending state court action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

    A.    **Diversity of Citizenship Between Plaintiff and Defendants**

Upon information and belief, Jesse McAllister was a citizen of the Commonwealth of Kentucky.  Since "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent[,]" the Executrix of McAllister's estate is also deemed to be a citizen of Kentucky.  28 U.S.C. § 1332(c)(2).  Therefore, at the time of the filing of this Notice of Removal, the Plaintiff was a citizen of the Commonwealth of Kentucky.

For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of

business." 28 U.S.C. § 1332(c)(1). Accordingly, Defendant Britthaven is a citizen of the State of North Carolina, Britthaven's place of incorporation and principal place of business. For diversity purposes, the citizenship of a limited liability company is the citizenship of each of its members. *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006). Hanging Rock, an LLC, has two members: Principle Long Term Care, Inc. and Principle IT Services, Inc. Both entities were incorporated under the laws of the State of North Carolina, and have their principal places of business in North Carolina, meaning that both members of Hanging Rock are citizens of the State of North Carolina. As a result, Hanging Rock is a citizen of North Carolina.

Therefore, as demonstrated by the preceding citizenship of the parties, this suit involves a controversy between citizens of different states.

**B.     Amount in Controversy**

This action involves claims in which Plaintiffs' alleged damages exceed $75,000. The Plaintiff claims monetary damages for: embarrassment, physical impairment, great pain and suffering (both physical and mental), medical expenses, mental anguish, disability, disfigurement, and loss of life. (Complaint at ¶¶ 19, 27, 34-35.) The Plaintiff also seeks punitive damages against the Defendants. (Complaint at ¶¶ 32 and 35.) (Additionally, the Plaintiff avers that the damages exceed the minimum jurisdictional requirement of this Court. (*Id.* at ¶¶ 19 and 32.)

**IV.**

**THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT**

This Notice of Removal is procedurally correct. The Defendants have attached to this notice the complete State Court Record of Proceedings. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed

3

action has been pending. The Defendants are simultaneously filing a copy of this Notice of Removal with the Clerk of the State court in which the action has been pending.

V.

**PRAYER FOR RELIEF**

The requisite diversity of citizenship between Plaintiffs and Defendants and the amount in controversy, as required by 28 U.S.C. § 1332, have been satisfied. Therefore, this matter is removable to federal court pursuant to 28 U.S.C. § 1332 and § 28 U.S.C. 1441(a).

**WHEREFORE**, based upon this Court's original jurisdiction over diverse citizens, Defendants Britthaven, Inc. and Hanging Rock LTC, LLC respectfully request that this cause proceed in this Court, as an action properly removed from the Jefferson Circuit Court, Commonwealth of Kentucky.

THOMPSON MILLER & SIMPSON PLC

/s/ Byron N. Miller
Byron N. Miller, Esq.
Kevin M. Murphy, Esq.
Kathryn T. Martin, Esq.
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
*Counsel for Defendants Britthaven, Inc. and Hanging Rock LTC, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed this <u>28th</u> day of February, 2012, electronically through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the foregoing was also mailed to the following:

Jeffrey T. Sampson
S<small>AMPSON</small> L<small>AW</small> F<small>IRM</small>
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
*Counsel for Plaintiff*

David L. Nicholson, Clerk
Jefferson Circuit Court
Louis D. Brandeis Hall of Justice
600 West Jefferson Street, Room 208
Louisville, Kentucky 40202

                                                      <u>/s/ Byron N. Miller</u>
                                                      *Counsel for Defendants Britthaven, Inc. and*
                                                      *Hanging Rock LTC, LLC*