UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:12-CV-110-H

CAROL McALLISTER, Executrix of the
Estate of Jesse L. McAllister, deceased                                    PLAINTIFF

V.

BRITTHAVEN, INC., and
HANGING ROCK LTC, LLC, d/b/a ESSEX
NURSING AND REHABILITATION CENTER                                          DEFENDANTS

**MEMORANDUM AND ORDER**

Defendant, Hanging Rock LTC, LLC ("Hanging Rock"), has moved to dismiss the claims against it in the litigation. In support of the motion, Hanging Rock has submitted affidavits showing that it did not undertake operation and control of the Britthaven facility until sometime after Plaintiff became deceased. Plaintiff has agreed that Hanging Rock should be dismissed from the litigation.

The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the complaint and all claims against Hanging Rock LTC, LLC in this litigation are DISMISSED WITH PREJUDICE. Each party shall bear its own costs. This order does not affect Plaintiff's claims against the remaining Defendant's case.

cc:      Counsel of Record