UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12-CV-110-H

CAROL McALLISTER, Executrix of the            PLAINTIFF

Estate of Jesse L. McAllister, deceased

v.

BRITTHAVEN, INC., et al.            DEFENDANTS

\* \* \* \* \*

### AGREED ORDER

By agreement of the parties, and the Court being otherwise sufficiently advised it is hereby ORDERED that all of Plaintiff's claims against the Defendant, Britthaven, Inc. are hereby dismissed with prejudice in their entirety. Each party shall bear its own costs herein. This is a final and appealable order and there is no just cause for delay.

**SEEN AND AGREED TO BY:**

Kevin M. Murphy
**Thompson Miller & Simpson, PLC**
734 West Main Street, Suite 400
Louisville, Kentucky 40202
*Counsel for Defendant, Britthaven, Inc*

Jeffrey T. Sampson
**Sampson Law Firm**
450 South Third Street, 4th Floor
Louisville, KY 40202
*Counsel for Plaintiff*